ANTON ROBERT POHL, APPELLEE, V.
CAROL MARIE POHL, APPELLANT.

316 N.W. 2d 323

Filed February 26, 1982. No. 44327.

John P. Peetz III of Peetz, Peetz & Sonntag for appellant.

P. J. Heaton, Jr., for appellee.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.